DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HARRELL

No. 546P90

Case below: 100 N.C.App. 450

Petition by defendant for temporary stay allowed 14 November 1990 pending receipt, consideration and determination of a timely filed petition for discretionary review.

STATE v. HUANG

No. 396P90

Case below: 99 N.C.App. 658

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied and stay dissolved 8 November 1990.

STATE v. JENKINS

No. 375P90

Case below: 99 N.C.App. 362

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990. Motion by defendant to stay consideration of petition for discretionary review denied 8 November 1990.

STATE v. LINEBERGER

No. 533P90

Case below: 100 N.C.App. 307

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 December 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.